FILED: April 28, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 26-1411
(1:25-cv-00450-MSN-LRV)

_____

UNITED STATES OF AMERICA

       Plaintiff - Appellee

v.

VICKI L. ISEMAN; ISEMAN & ASSOCIATES, LLC

       Defendants - Appellants

_____

O R D E R

_____

The court extends the briefing schedule as follows:

Joint appendix due: 06/15/2026

Opening brief due: 06/15/2026

Response brief due: 07/15/2026

Any reply brief: 21 days from service of response brief.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk